JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SUZAN NEUFELD,

Plaintiff,

v.

SENIOR RESOURCE GROUP, LLC a Delaware corporation doing business in California; KENNETH GOLDBLATT, an individual; and DOES 1 through 50 inclusive,

Defendant.

Case No. CV13-5365 JFW (PJWx)

**ORDER TO ARBITRATE**

This Order is entered into by stipulation of the Parties, Suzan Neufeld ("Plaintiff" and Defendants Senior Resource Group, LLC and Kenneth Goldblatt ("Defendants"), by and through their counsel, with reference to the following:

WHEREAS, during the course of her employment with Defendant Senior Resource Group, LLC, Plaintiff entered into an agreement with Defendant Senior Resource Group, LLC pursuant to Defendant Senior Resource Group, LLC's dispute resolution program (hereinafter the "Arbitration Agreement") to arbitrate all disputes arising out of or relating to Plaintiff's employment, or cessation of employment, with Defendant Senior Resource Group, LLC, including any and all claims by Plaintiff against employees of Defendant Senior Resource Group,

LLC, including but not limited to Defendant Kenneth Goldblatt;

WHEREAS, on May 13, 2013, Plaintiff filed a Complaint in the Superior Court for the State of California, County of Los Angeles (Case No.: BC508737) alleging the following causes of action: (1) Violation of Family Medical Leave Act – Interference, Discrimination and Retaliation (29 U.S.C. §2601, et seq.); (2) Wrongful Termination in Violation of Public Policy (California Government Code §12940(a)); (3) Intentional Infliction of Emotional Distress; and, (4) Negligent Infliction of Emotional Distress.

WHEREAS, Defendants removed to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, styled Suzan Neufeld v. Senior Resource Group, LLC and Kenneth Goldblatt, Case No.: CV13-5365 JFW (PJWx) (hereinafter the "Action");

WHEREAS the claims alleged in the Action fall within the scope of the Arbitration Agreement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendants as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. Consistent with the Arbitration Agreement, Plaintiff shall initiate arbitration with a neutral, including but not limited to Judicial Arbitration Mediation Services, Alternative Dispute Resolution, or another neutral;

3. Defendants shall incur the costs for the pay for arbitrator only.

4. Each party will bear their own fees/costs related to any witnesses as well as any administrative costs required by the neutral.

5. The arbitration will provide for:

(a) the neutrality of an arbitrator

(b) adequate discovery; and,

(c) all relief available within a court of competent jurisdiction.

6. The Parties agree that by submitting the matter to arbitration, Parties do not and have not waived any right to assert any defenses or affirmative defenses.

7. The Arbitrator's award will be final and binding.

8. The arbitration decision shall be in writing setting forth the Arbitrator's findings of fact and conclusions of law.

9. The parties will have the right to petition and/or appeal the Arbitrator's award pursuant to California Code of Civil Procedure §§1285, et seq. or pursuant to the Federal Arbitration Act, 9 U.S.C.S. § 1 et seq.;

10. The Parties will complete the arbitration hearing no later than July 25, 2014.

11. The Parties will advise the Court of the Notice of Arbitrator Award within seven (7) days of receipt.

12. The Court hereby dismisses this action without prejudice.

SO ORDERED.

Dated: August 7, 2013

HONORABLE JOHN F. WALTER
U.S. DISTRICT JUDGE